**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

v.

MAURICE P. MITCHELL,
    Defendant.

Case No. 3:16-cr-57-TJC-PDB

**UNOPPOSED MOTION TO HOLD DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE IN ABEYANCE OR, ALTERNATIVELY, FOR AN EXTENSION OF TIME TO SUPPLEMENT DEFENDANT'S MOTION**

**COMES NOW** the Defendant, MAURICE P. MITCHELL, by and through the undersigned Counsel, and respectfully moves this Honorable Court for the entry of an Order, holding Defendant's Motion for Compassionate Release (Doc. 106) ("Motion") in abeyance while Defendant exhausts his administrative remedies or, alternatively, for an extension of time to supplement the Motion, and in support thereof, Defendant states the following:

1. Pending before the Court is Defendant's *pro se* Motion for Compassionate Release.

2. The USA responded in opposition to the Motion (Doc. 107) and, thereafter, the Court appointed the undersigned Counsel to represent the Defendant in connection with his Motion. In the Order appointing the undersigned Counsel to represent the Defendant, the Court directed the Defendant to supplement the Motion no later than May 20, 2020. (Doc. 109).

3. The undersigned Counsel has made several efforts to schedule an attorney-client phone conference with the Defendant, but due to an apparently high volume of attorney-client phone conference requests at FCI Lompoc, the undersigned Counsel has been unable to speak with the Defendant or even schedule a phone conference with him. The undersigned Counsel will continue trying to confer with the Defendant.

4. Accordingly, the undersigned Counsel is unable to supplement the Motion timely.

5. Nevertheless, upon review of the government's response to the Motion, the undersigned Counsel believes that Defendant may not have exhausted his administrative remedies before filing the Motion.

6. The undersigned Counsel certifies that he conferred with AUSA Laura Cofer Taylor, Esq. about the relief sought herein, and the government is unopposed to the instant motion.

**WHEREFORE**, Defendant respectfully requests the entry of an Order, holding Defendant's Motion for Compassionate Release in abeyance while Defendant exhausts his administrative remedies or, alternatively, for an extension of thirty (30) days to supplement the Motion, and providing such other and further relief as this Honorable Court deems just and proper.

Dated May 19, 2020.                                     **THE BONDERUD LAW FIRM, P.A.**

/s/ *Andrew Bonderud*
Andrew M. Bonderud, Esq.
Florida Bar No. 102178
301 W. Bay Street, #1433
Jacksonville, FL 32202
904-438-8082 (office)
904-800-1482 (facsimile)
BonderudLaw@gmail.com
Andrew@Jax.Lawyer
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on May 19, 2020, I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will send a true and accurate copy thereof via email to Assistant United States Attorney Laura Cofer Taylor, Esq.

/s/ *Andrew Bonderud*
Attorney

2